IN THE UNITED STATE BANKRUPTCY COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RONALD MAY, and | ) | Case No. 12-72157 |
| BETTY MAY | ) | Chapter 13 |
|       Debtors. | ) | |

**MOTION TO MODIFY CHAPTER 13 PLAN PURSUANT TO SECTION 1329**

RONALD MAY and BETTY MAY, Debtors, by JOHN L. GREENLEAF, JR., Attorney for the Debtors in the above-entitled matter, for their Motion to Modify Chapter 13 Plan Pursuant to Section 1329 state as follows:

1. On September 28, 2012, Debtors filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code. The Court confirmed the Second Amended Chapter 13 Plan on April 24, 2013.

2. The confirmed plan provided for payments to the Trustee as follows:

    a. $100 per month for 4 months;

    b. $600 per month for 3 months;

    c. $640 per month for 53 months;

    d. Total plan payments of $36,120.00 over 60 months.

3. The plan payments are current.

4. Paragraph 13 of the confirmed plan further provided as follows: "In addition, Mrs. May has a potential medical malpractice/products liability claim. Any recoveries shall be paid to the Trustee and subject to further Court Order."

5. As part of the filing, Schedule C, the Debtor, Betty May claimed her $15,000

personal injury exemption pursuant to 735 *ILCS* 5/12-1001(h)(4).

6. An Amended Combined Motion has been filed and set for hearing on August 29, 2017 outlining that the Debtors shall be receiving $8,304.57 net proceeds after deduction for attorney fees, costs and administrative expenses associated with said law suit.

7. This amount of $8,304.57 is within the claimed exemption $15,000.00.

8. Debtors seek to modify their confirmed plan by allowing the net proceeds of $8,304.57 be paid directly to the Debtors, rather than to the Chapter 13 Trustee.

9. The total amount of the payments to the unsecured creditors shall remain the same.

WHEREFORE, RONALD MAY and BETTY MAY, Debtors, by JOHN L. GREENLEAF, JR., their attorney, pray that this court amend the Confirmed Second Amended Chapter 13 Plan to provide for payment of the net proceeds of $8,304.57 to be paid directly to the Debtors for their claimed exemption amount rather than to the Chapter 13 Trustee.

> RONALD MAY and BETTY MAY, Debtors,
> By JOHN L. GREENLEAF, JR., their attorney
>
> /s/ John L. GreenLeaf, Jr.
> John L. GreenLeaf, Jr.

GREENLEAF LAW OFFICE, LTD.
JOHN L. GREENLEAF, JR.
Counselor at Law
2456 North Main Street
Decatur, Illinois  62526
Telephone: (217) 422-2771
GreenLeafLaw@comcast.net