Form 13sprmod

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

---

*In Re:* Betty Ann May and Ronald David May  *Case No.:* 12–72157
**Debtor**

*Chapter:* 13

---

## Notice Re: Motion to Modify Chapter 13 Plan

*Notice is hereby provided:*

The Debtor(s) in the above named case filed a Motion to Modify Chapter 13 Plan (Copy Enclosed) on **08/09/17**.

Your rights may be affected. You should discuss this Motion to Modify Plan with your attorney, if you have one. If you do not have an attorney, you may wish to consult one. If you do not want the Court to grant the relief sought in the above named document or if you want the Court to consider your views, then you or your attorney must file a written objection explaining your position. You must also serve a copy on interested parties and file a proof of service with the court.

You are further notified that **9/1/17** is the last date for filing a written objection to the Motion to Modify Plan with this court. If you or your attorney do not file a timely objection, the Court may decide that you do not oppose the relief sought and an order may be signed allowing said Motion to Modify Plan without further notice.

Dated: 8/9/17

      /S/ Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to **www.ilcb.uscourts.gov** for information regarding this court's *mandatory* electronic filing policy.

```
United States Bankruptcy Court
Central District of Illinois
```

In re:                                                              Case No. 12-72157-mpg
Betty Ann May                                                       Chapter 13
Ronald David May
        Debtors
# CERTIFICATE OF NOTICE
District/off: 0753-3          User: emcc              Page 1 of 3              Date Rcvd: Aug 09, 2017
                              Form ID: 13sprmod       Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2017.
```
db/jdb         +Betty Ann May,   Ronald David May,   2605 Jennifer Dr.,   Decatur, IL 62521-9524
cr             +Hickory Point Bank & Trust, fsb,   c/o Katherine H. Anderson,
                 Kehart, Trimble, Wise, Anderson & Booth,   132 South Water Street,   Suite 200,
                 Decatur, IL 62523-2373
5996688        +Advanced Eye Surgery & Laser Center,   PO Box 2257,   Decatur, IL 62524-2257
5996691       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank of America,   PO Box 982235,   El Paso, TX 79998)
5996690        +Bank of America,   PO Box 851001,   Dallas, TX 75285-1001
6075387        +CAPITAL ONE, N.A.,   PO Box 12907,   Norfolk VA 23541-0907
6073804        +CITY OF DECATUR PARKING TICKETS,   C/O MIDWEST CREDIT & COLLECTION INC,   PO BOX 445,
                 DECATUR IL 62525-0445
5996692        +Capital One,   PO Box 5294,   Carol Stream, IL 60197-5294
6052591         Capital One NA,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
5996693        +Chase Bank,   PO box 47500,   Jacksonville, FL 32247-7500
5996695        +Chase Credit Card Services,   PO Box 15298,   Wilmington, DE 19850-5298
5996696        +Check into Cash,   4274 N. Prospect,   Decatur, IL 62526-6100
5996697        +Computer Credit, INC,   Claim Dept. 016000,   640 West Fourth Street,   PO Box 5238,
                 Winston Salem, NC 27113-5238
5996698        +Customer Service,   PO Box 60495,   Tampa, FL 33660-0495
6073805        +DECATUR MEMORIAL HOSPITAL,   C/O MIDWEST CREDIT & COLLECTION INC,   PO BOX 445,
                 DECATUR IL 62525-0445
5996702        +DMH,   PO Box 2572,   Decatur, IL 62525-2572
5996703        +DMH DBA DMH Medical Group,   PO Box 2573,   Decatur, IL 62525-2573
5996704        +DMH Medical Group,   PO Box 2573,   Decatur, IL 62525-2573
5996705        +DMH Medical Group CBO,   2300 N. Edward St.,   Decatur, IL 62526-4192
5996699        +Decatur Memorial Hospital,   2300 N Edward St,   Decatur, IL 62526-4192
6010645         FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
5996711        +GEMB/Sam’s Club Personal Credit,   PO Box 103104,   Roswell, GA 30076-9104
5996712        +Great Lakes Specialty Finance, Inc.,   d/b/a Check’n’Go,   1331 E. Pershing Rd,
                 Decatur, IL 62526-4730
5996714         HSBC Credit Card Services,   PO Box 49311,   San Jose, CA 95161
5996715        +HSBC Retail Services (Bergners),   PO Box 17264,   Baltimore, MD 21297-1264
5996713        +Hickory Point Bank & Trust,   PO Box 2548,   Decatur, IL 62525-2548
6029826         Hickory Point Bank & Trust, fsb,   c/o Katherine H. Anderson,   Kehart & Booth,
                 132 South Water Street, Suite 200,   P.O. Box 860,   Decatur, IL 62525-0860
5996716       ++JC CHRISTENSEN & ASSOC,   PO BOX 519,   SAUK RAPIDS MN 56379-0519
                 (address filed with court: JC Christensen & Associates, Inc.,   PO box 519,
                 Sauk Rapids, MN 56379)
5996720        +Macon County Eye Center,   646 W. Pershing Rd.,   Decatur, IL 62526-1633
5996723        +Sear’s Credit Cards,   PO Box 183082,   Columbus, OH 43218-3082
5996724        +Sears Credit Card,   PO Box 6282,   Sioux Falls, SD 57117-6282
5996725        +The Cash Store #344,   153 E. Pershing Rd. Suite B,   Decatur, IL 62526-3213
5996726        +Union Plus Credit Card,   PO Box 80027,   Salinas, CA 93912-0027
5996727        +Victoria Secret,   PO Box 182273,   Columbus, OH 43218-2273
5996728        +Visa,   PO Box 4521,   Carol Stream, IL 60197-4521
5996729         WFNNB,   Bankruptcy Dept,   PO Box 18125,   Columbus, OH 43218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2017 20:03:42
                 PRA Receivables Management, LLC., as agent of Port,   POB 41067,   NORFOLK, VA 23541-1067
6017620        +E-mail/Text: cashnotices@gmail.com Aug 09 2017 19:44:05      AMERICASH LOANS, LLC,   PO BOX 184,
                 DES PLAINES, IL 60016-0003
5996687         Fax: 864-336-7400 Aug 09 2017 20:20:00      Advance America,   2605 N. Water St,
                 Decatur, IL 62526-3276
6074476         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 09 2017 19:50:36
                 American InfoSource LP as agent for,   Check N Go,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
5996689        +E-mail/Text: cashnotices@gmail.com Aug 09 2017 19:44:05      Americash Loans,   2909 N. Water,
                 Decatur, IL 62526-4235
5996694        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2017 20:03:42
                 Chase Bank USA N.A.,   c/o Portfolio Recovery Associates,   PO Box 12914,
                 Norfolk, VA 23541-0914
6047552         E-mail/Text: khorner@checkintocash.com Aug 09 2017 19:44:11      Check Into Cash,   PO Box 550,
                 Cleveland, TN 37364-0550
6065968        +E-mail/Text: bncmail@w-legal.com Aug 09 2017 19:43:43      Cheswold (Ophrys), LLC,
                 c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
5996701         E-mail/Text: mrdiscen@discover.com Aug 09 2017 19:43:22      Discover Card,   PO Box 30943,
                 Salt Lake City, UT 84130
5996700        +E-mail/Text: mrdiscen@discover.com Aug 09 2017 19:43:22      Discover,   PO Box 6103,
                 Carol Stream, IL 60197-6103
5998817         E-mail/Text: mrdiscen@discover.com Aug 09 2017 19:43:22      Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
```

```
District/off: 0753-3           User: emcc                  Page 2 of 3                   Date Rcvd: Aug 09, 2017
                               Form ID: 13sprmod           Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
5996707       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2017 19:50:29
                GE Capita Retail Bank,   c/o Portfolio Recovery Associates,   PO Box 12914,
                Norfolk, VA 23541-0914
5996708       +E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2017 19:44:41      GE Capital Retail Bank,
                PO Box 965033,   Orlando, FL 32896-5033
5996709       +E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2017 19:44:47      GEMB,   Bankruptcy Department,
                PO Box 103104,   Roswell, GA 30076-9104
5996710       +E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2017 19:44:41      GEMB-JcP,   PO Box 960090,
                Orlando, FL 32896-0090
5996706       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2017 19:50:22
                Ge Caoital Reatail Bank,   c/o Portfolio Recovery Associates,   PO Box 12914,
                Norfolk, VA 23541-0914
5996717       +E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2017 19:44:41      JC Penny,   PO Box 960090,
                Orlando, FL 32896-0090
6018150        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 09 2017 19:43:47
                FIRST FINANCIAL PORTFOLIO MANAGEMENT INC,   c o Jefferson Capital Systems LLC,   PO BOX 7999,
                SAINT CLOUD MN 56302-9617
6030684        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 09 2017 19:43:48      Jefferson Capital Systems LLC,
                PO BOX 7999,   SAINT CLOUD MN 56302-9617
5996718       +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 09 2017 19:43:24      Kohl's Dept. Store,
                PO Box 3043,   Milwaukee, WI 53201-3043
5996719       +E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2017 19:44:53      Lowe's / GEMB,   PO Box 965003,
                Orlando, FL 32896-5003
6062747        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2017 20:03:42
                Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
6117855       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2017 19:50:36
                PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
6010904        E-mail/Text: bnc-quantum@quantum3group.com Aug 09 2017 19:43:32
                Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
5996721       +E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2017 19:44:41      Sam's Club / GEMB,
                PO Box 965004,   Orlando, FL 32896-5004
5996722       +E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2017 19:44:47      Sams Club GE Money,
                PO box 530942,   Atlanta, GA 30353-0942
                                                                                              TOTAL: 26

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Aylstock, Witkins, Krets & Overholtz
cr*           +Cheswold (Ophrys), LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                Seattle, WA 98121-3132
                                                                                  TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2017 at the address(es) listed below:
              John H Germeraad    john_germeraad@germeraad13trustee.com,
               ecfmail@germeraad13trustee.com;tmshafer91@yahoo.com
              John L GreenLeaf, Jr   on behalf of Debtor Betty Ann May GreenLeafLaw@comcast.net,
               r41246@notify.bestcase.com
              John L GreenLeaf, Jr   on behalf of Attorney   Aylstock, Witkins, Krets & Overholtz
               GreenLeafLaw@comcast.net, r41246@notify.bestcase.com
              John L GreenLeaf, Jr   on behalf of Joint Debtor Ronald David May GreenLeafLaw@comcast.net,
               r41246@notify.bestcase.com
              Katie Anderson   on behalf of Creditor   Hickory Point Bank & Trust, fsb kanderson@kehart.com,
               acolee@kehart.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
　　　　　U.S. Trustee　　USTPRegion10.PE.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6