**IT IS SO ORDERED.**

**SIGNED THIS: September 13, 2017**

_____
**Mary P. Gorman
United States Chief Bankruptcy Judge**

_____

THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RONALD MAY | ) | BK. NO. 12-72157 |
| BETTY MAY | ) | |
| | ) | |
| DEBTOR(S). | ) | CHAPTER 13 |

### AGREED ORDER ON DEBTORS' MOTION TO MODIFY CHAPTER 13 PLAN

IT IS HEREBY ORDERED:

The Debtors' Motion to Modify is GRANTED. The Debtors are permitted to keep the entirety of their medical malpractice/products liability award because the net proceeds are less than the $15,000 exemption allowed. The Debtors acknowledge not being current in plan payments with an additional $1,333.23 being necessary to complete the case. September 2017 is the 60th month.

/s/ Ken Siomos                                         /s/ John L. Greenleaf, Jr.
Ken Siomos, Staff Attorney                    John L. Greenleaf, Jr., Attorney for Debtors

###

```
United States Bankruptcy Court
Central District of Illinois
```

In re:                                                                      Case No. 12-72157-mpg
Betty Ann May                                                               Chapter 13
Ronald David May
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0753-3          User: emcc              Page 1 of 1           Date Rcvd: Sep 13, 2017
                              Form ID: pdf012         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2017.
db/jdb         +Betty Ann May,    Ronald David May,    2605 Jennifer Dr.,    Decatur, IL 62521-9524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                                    Signature:  /s/Joseph Speetjens 

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2017 at the address(es) listed below:
              John H Germeraad    john_germeraad@germeraad13trustee.com,
               ecfmail@germeraad13trustee.com;tmshafer91@yahoo.com
              John L GreenLeaf, Jr    on behalf of Debtor Betty Ann May GreenLeafLaw@comcast.net,
               r41246@notify.bestcase.com
              John L GreenLeaf, Jr    on behalf of Attorney   Aylstock, Witkins, Krets & Overholtz
               GreenLeafLaw@comcast.net,    r41246@notify.bestcase.com
              John L GreenLeaf, Jr    on behalf of Joint Debtor Ronald David May GreenLeafLaw@comcast.net,
               r41246@notify.bestcase.com
              Katie Anderson    on behalf of Creditor   Hickory Point Bank & Trust, fsb kanderson@kehart.com,
               acolee@kehart.com
              U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov
                                                                                             TOTAL: 6